# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDON MICHAEL MCCORD,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:15-CV-0192-MKD<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND<br><br>ECF No. 18, 22 |

The Court has considered the parties' stipulated motion for remand. The parties have consented to proceed before a magistrate judge. ECF No. 6.

IT IS ORDERED that the Stipulated Motion for Remand (**ECF No. 22**), is **GRANTED** and Plaintiff's Motion for Summary Judgment (**ECF No. 18**) is **DENIED** as moot. The Commissioner's decision is reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

STIPULATED ORDER OF REMAND - 1

Upon remand, an Administrative Law Judge shall offer Plaintiff an opportunity for a de novo hearing and a new decision with respect to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act.  On remand, an administrative law judge (ALJ) shall offer Plaintiff an opportunity for a new hearing, further update the medical record, and issue a new decision.  The ALJ shall also:

- Provide specific reasoning for the weight given to opinion evidence, discussing the evidentiary basis for conclusions, in particular the medical opinions of Dr. Kim;
- Consider all impairments and functional limitations;
- In light of the above findings, reassess Plaintiff's residual functional capacity; and
- Reassess step five addressing whether Plaintiff is able to make a vocational adjustment to other work existing in significant numbers in the national economy, with the assistance of a vocational expert, if necessary.

This Court reverses the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings.

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

The District Court Executive is directed to enter judgment for Plaintiff, file this Order, provide copies of this Order to the parties, and **CLOSE** the file.

**DATED** June 20, 2016.

s/<i>Mary K. Dimke</i><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

STIPULATED ORDER OF REMAND - 2